**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Marlon Lewis,<br><br>            Defendant. | CR 99-00225-01-PHX-SMM<br><br><br><br><br>**ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on May 22, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1 **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.
3 DATED this 22nd day of May, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge